UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JEFFREY A. SNOWDEN, II,

                Plaintiff,

v.

HON. MICHAEL L. SCHIPPER et al.,

                Defendants.

_____/

Case No. 1:20-cv-1158

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** under the *Younger* abstention doctrine.

Dated:   April 21, 2021

          /s/ Paul L. Maloney
          Paul L. Maloney
          United States District Judge